No. 588. Dr. Bloom Dentist Inc. *v.* Cruise, City Clerk. Appeal from the Supreme Court of New York. Jurisdictional statement submitted January 14, 1933. Decided January 23, 1933. *Per Curiam*: The appeal herein is dismissed for the want of a substantial federal question. *Dent* v. *West Virginia,* 129 U. S. 114; *Douglas* v. *Noble,* 261 U. S. 165; *Missouri ex rel. Hurwitz* v. *North,* 271 U. S. 40, 43; *Graves* v. *Minnesota,* 272 U. S. 425, 428; *Lambert* v. *Yellowley,* 272 U. S. 581, 596; *People* v. *Painless Parker Dentist,* 85 Colo. 304, 280 U. S. 566; *Miller* v. *State Board of Dental Examiners,* 90 Colo. 193; 8 P. (2d) 699; 287 U. S. 563. *Mr. Thomas G. Frost* for appellant. *Messrs. Arthur J. W. Hilly* and *J. Joseph Lilly* for appellee.